PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE CRUZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:24-cv-00169-GSA<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from July 1, 2024, up to and including August 1, 2024. This is Defendant's first request for an extension.

Defendant requests this extension in order to further consider the administrative record in light of the issues raised in Plaintiff's motion. The undersigned has a number of competing deadlines in cases pending in this district and other districts.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|     |     |     |
| --- | --- | --- |
|     | Respectfully submitted, |

Dated: June 8, 2024                 /s/ *Jonathan Pena**
                                                         (*as authorized via e-mail on June 8, 2024)
                                                         JONATHAN PENA
                                                         Attorney for Plaintiff

Dated: June 8, 2024                 PHILLIP A. TALBERT
                                                         United States Attorney
                                                         MATHEW W. PILE
                                                         Associate General Counsel
                                                         Social Security Administration

                                              By:    /s/ *Erin A. Jurrens*
                                                         ERIN A. JURRENS
                                                         Special Assistant U.S. Attorney

                                                         Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including August 1, 2024, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

   Dated:   **June 8, 2024**                              **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE