UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE CRUZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social Security [1],<br><br>　　　　　Defendant. | Case No. 1:24-cv-0169 JLT GSA<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S APPEAL, DENYING DEFENDANT'S REQUEST TO AFFIRM, AND REMANDING FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF RONNIE CRUZ AND AGAINST DEFENDANT LELAND DUDEK, ACTING COMMISSIONER OF SOCIAL SECURITY<br><br>(Docs. 12, 16, 18) |

Ronnie Cruz seeks judicial review of a final decision denying his application for disability insurance benefits under Title II of the Social Security Act. (Docs. 1, 12.) The magistrate judge found substantial evidence did not support the decision finding Plaintiff was not disabled, because the ALJ failed to address evidence concerning Plaintiff's decreased visual acuity at step three of the sequential evaluation and did not apply the proper legal standards to determine Plaintiff's functional limitations. (Doc. 8 at 3-8.) Therefore, the magistrate judge recommended that the

---

[1] Leland Dudek became the Acting Commissioner of Social Security in February 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Leland Dudek as the defendant in this action.

Court grant Plaintiff's appeal, deny Defendant's cross-motion, remand the matter for further administrative proceedings, and enter judgment in favor of Plaintiff. (*Id.* at 9.)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days. (Doc. 18 at 9.) The Court also advised the parties the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Neither Plaintiff nor the Commissioner filed objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on March 6, 2025 (Doc. 18) are **ADOPTED** in full.
2. Plaintiff's motion for summary judgment or remand (Doc. 12) is **GRANTED**.
3. The Commissioner's request to affirm (Doc. 16) is **DENIED**.
4. The action is **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
5. The Clerk of Court is directed to enter judgment in favor of Plaintiff Ronnie Cruz and against Defendant Leland Dudek, Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **March 21, 2025**

UNITED STATES DISTRICT JUDGE

2